UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                              Case No. 06-cr-29-01-SM

<u>Rebecka Ayers</u>

<u>O R D E R</u>

    Defendant's assented-to motion to continue the trial (document no. 7) is granted. Trial has been rescheduled for the June 2006 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than March 24, 2005. On the filing of such waiver, his continuance shall be effective.

    The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary

for effective preparation taking into account the exercise of due diligence under the circumstances.

    Final Pretrial Conference:   June 13, 2006 at 10:00 AM

    Jury Selection:   June 20, 2006 at 9:30 AM

    SO ORDERED.

March 16, 2006

                                                  Steven J. McAuliffe
                                                  Chief Judge

cc:   Robert Kinsella, Esq.
       Michael Iacopino, Esq.
       U. S. Probation
       U. S. Marshal