UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                              Criminal No. 06-cr-29-01-SM

Rebecka Ayers

### ORDER OF RECUSAL

As I own stock in Bank of America, a corporation that would be entitled to restitution from the defendant, I am required to, and hereby do recuse myself from presiding over this case. See 28 U.S.C. § 455(b)(4).

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

June 13, 2006

cc: Robert M. Kinsella, Esq.
    Michael J. Iacopino, Esq.
    Melissa Ellworthy, USPO